# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McCormick, Douglas F. | U.S. District Court - Central District of California | 05/15/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge - Full-time | ☐ Nomination  Date<br>☐ Initial  ✔ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Ronald Reagan Federal Building and U.S. Courthouse
411 West Fourth Street
Santa Ana, CA 92701

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | ▩ Trust #1 |
| 2. | Member, Judicial Advisory Board | Constitutional Rights Foundation - Orange County |
| 3. | Director | Federal Bar Association - Orange County |
| 4. | Member, Judicial Advisory Council | Association of Business Trial Lawyers - Orange County |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCormick, Douglas F. | 05/15/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Judge - Orange County Superior Court, State of California |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCormick, Douglas F. | 05/15/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McCormick, Douglas F.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chase account | None | | K | T | | | | | |
| 2. Minnesota Life - Universal Life | D | Int./Div. | N | T | | | | | |
| 3. ▒▒▒▒ Trust #1 (H) | | | | | | | | | |
| 4. Chase Private Client checking | A | Interest | J | T | | | | | |
| 5. Chase Private Client savings | A | Interest | L | T | | | | | |
| 6. American Funds 529 account #1 (H) | | | | | | | | | |
| 7. -U.S. Gov't Money Market Fund | C | Dividend | N | T | | | | | |
| 8. -Capital World Growth and Income | B | Dividend | L | T | | | | | |
| 9. -The Growth Fund of America | A | Dividend | L | T | | | | | |
| 10. -The Investment Company of America | B | Dividend | M | T | | | | | |
| 11. -SMALLCAP World Fund | A | Dividend | K | T | | | | | |
| 12. American Funds 529 Account #2 (H) | | | | | | | | | |
| 13. -U.S. Gov't Money Market Fund | C | Dividend | N | T | | | | | |
| 14. -Capital World Growth and Income | B | Dividend | L | T | | | | | |
| 15. -The Growth Fund of America | A | Dividend | L | T | | | | | |
| 16. -The Investment Company of America | B | Dividend | M | T | | | | | |
| 17. -SMALLCAP World Fund | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McCormick, Douglas F.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. American Funds 529 Account #3 (H) | | | | | | | | | |
| 19. -U.S. Gov't Money Market Fund | C | Dividend | M | T | | | | | |
| 20. -Capital World Growth and Income | B | Dividend | L | T | | | | | |
| 21. -The Growth Fund of America | A | Dividend | L | T | | | | | |
| 22. -The Investment Company of America | B | Dividend | M | T | | | | | |
| 23. -SMALLCAP World Fund | A | Dividend | K | T | | | | | |
| 24. Facebook Common Stock | | None | N | T | | | | | |
| 25. Blackrock Muniyld Cali Qual Fd Mutual Fund | B | Dividend | L | T | | | | | |
| 26. Nuveen Cal Div Adv Muni Fd Mutual Fund | C | Dividend | L | T | | | | | |
| 27. Los Angeles Calif Wastewater Sys Rev Muni Bond | A | Interest | K | T | | | | | |
| 28. Glendale Calif Uni Sch Dist Muni Bond | B | Interest | K | T | | | | | |
| 29. Palo Alto Calif Util Rev Ref-A Muni Bond | B | Interest | L | T | | | | | |
| 30. Los Angeles CA Dept Wtr & Pwr Sys Rev Ser-B Muni Bond | B | Interest | L | T | | | | | |
| 31. Los Angeles Cnty Calif Met Transn Auth Sales Tax Rev-E Muni Bond | B | Interest | K | T | | | | | |
| 32. Carlsbad Calif Uni Sch Dist-C Muni Bond | A | Interest | K | T | | | | | |
| 33. Tustin Calif Pub Fing Auth Wtr Rev-A Muni Bond | B | Interest | K | T | | | | | |
| 34. Santa Rosa Calif Wtr Rev Muni Bond | B | Interest | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCormick, Douglas F. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Palo Alto Calif Genl Oblig-A Muni Bond | A | Interest | K | T | | | | | |
| 36. Metropolitan Wtr Dist of Souther Calif Wtr Rev Ref Ser-C Muni Bond | B | Interest | K | T | | | | | |
| 37. Western Mun Wtr Dist Facs Auth Calif Wtr Rev Ser-B Muni Bond | B | Interest | K | T | | | | | |
| 38. Santa Margarita/Dana Point Auth Calif R OID Muni Bond | B | Interest | | | Redeemed | 08/01/19 | L | | |
| 39. Morgan Stanley Bank N.A. | A | Interest | M | T | | | | | |
| 40. Sonoma Cnty Calif Jr College Dist Muni Bond | B | Interest | L | T | | | | | |
| 41. California Infrastructure & Economic Dev Muni Bond | C | Interest | L | T | | | | | |
| 42. Los Angeles Calif Unified School Dist Muni Bond | C | Interest | L | T | | | | | |
| 43. Pioneer Mlti Asset Ult Sht Inc A (MAFRX) | D | Dividend | O | T | | | | | |
| 44. Blackrock Liq Fed Fund Inst | B | Dividend | P1 | T | Buy | 12/20/19 | P1 | | |
| 45. iShares Russell 1000 Growth ETF | D | Dividend | O | T | | | | | |
| 46. iShares Russell 1000 Value ETF | E | Dividend | O | T | | | | | |
| 47. iShares Russell 2000 Growth ETF | A | Dividend | L | T | | | | | |
| 48. iShares Russell 2000 Value ETF | B | Dividend | L | T | | | | | |
| 49. iShares Russell Midcap G ETF | A | Dividend | M | T | | | | | |
| 50. iShares Russell Midcap V ETF | B | Dividend | M | T | | | | | |
| 51. iShares Core MSCI EAFE ETF | E | Dividend | P1 | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McCormick, Douglas F.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   iShares Core MSCI Emerging | E | Dividend | O | T | | | | | |
| 53.   iShares MSCI Japan ETF | B | Dividend | M | T | | | | | |
| 54.   Banc Cali CD | A | Interest | | | Redeemed | 02/28/19 | M | | |
| 55.   City Nat'l Bank CD | A | Interest | | | Redeemed | 02/28/19 | M | | |
| 56.   1st Bank Troy CD | A | Interest | | | Redeemed | 05/30/19 | M | | |
| 57.   Branch B&T Co CD | A | Interest | | | Redeemed | 05/20/19 | M | | |
| 58.   State Bank India CD | A | Interest | | | Redeemed | 05/16/19 | M | | |
| 59.   Stifel Bk CD | A | Interest | | | Redeemed | 03/20/19 | M | | |
| 60.   Bank of China CD | A | Interest | | | Redeemed | 03/15/19 | M | | |
| 61.   Mercantil Bank CD | A | Interest | | | Redeemed | 06/17/19 | M | | |
| 62.   Valley Nat'l Bk CD | A | Interest | | | Redeemed | 06/12/19 | M | | |
| 63.   US Bank CD | A | Interest | | | Buy | 02/28/19 | M | | |
| 64. | | | | | Redeemed | 09/06/19 | M | | |
| 65.   Wstrn Alliance Bank CD | A | Interest | | | Buy | 02/28/19 | M | | |
| 66. | | | | | Redeemed | 12/16/19 | M | | |
| 67.   Iberia Bank CD | A | Interest | | | Buy | 03/18/19 | M | | |
| 68. | | | | | Redeemed | 12/20/19 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McCormick, Douglas F.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.  Pacific Wstrn Bank CD | A | Interest | | | Buy | 03/18/19 | M | | |
| 70. | | | | | Redeemed | 09/23/19 | M | | |
| 71.  Comerica Bank CD | A | Interest | | | Buy | 05/16/19 | M | | |
| 72. | | | | | Redeemed | 11/22/19 | M | | |
| 73.  Beal Bank CD | A | Interest | | | Buy | 05/20/19 | M | | |
| 74. | | | | | Redeemed | 11/27/19 | M | | |
| 75.  Bank of China CD | A | Interest | | | Buy | 06/12/19 | M | | |
| 76. | | | | | Redeemed | 12/19/19 | M | | |
| 77.  Synchrony Bank CD | A | Interest | | | Buy | 06/17/19 | M | | |
| 78. | | | | | Redeemed | 11/21/19 | M | | |
| 79.  BNY Mellon CD | A | Interest | M | T | Buy | 05/31/19 | M | | |
| 80.  Merchants Bank CD | A | Interest | M | T | Buy | 07/03/19 | M | | |
| 81.  Safra Nat'l Bank CD | A | Interest | M | T | Buy | 09/10/19 | M | | |
| 82.  Cohen & Steers Preferred Secs & Income Fund | A | Dividend | | | Sold | 01/10/19 | K | | |
| 83.  Matthews Int'l Asia Dividend Fund | A | Dividend | | | Sold | 01/10/19 | K | | |
| 84.  Sit Dividend Growth Fund | A | Dividend | | | Sold | 01/10/19 | J | | |
| 85.  Credit Suisse Floating Rate High Income Fund | A | Dividend | | | Sold | 01/10/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McCormick, Douglas F.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Doubleline Fds Total Return Bond Fund | A | Dividend | | | Sold | 01/10/19 | L | | |
| 87. Federated Institutional High Yield Bond Fund | A | Dividend | | | Sold | 01/10/19 | K | | |
| 88. Lord Abbott Short Duration Income Fund | A | Dividend | | | Sold | 01/10/19 | K | | |
| 89. Metropolitan West Total Return Bond Fund | A | Dividend | | | Sold | 01/10/19 | K | | |
| 90. Muzinich Low Duration Fund | A | Dividend | | | Sold | 01/10/19 | K | | |
| 91. T Rowe Price Institutional Floating Rate Fund | A | Dividend | | | Sold | 01/10/19 | K | | |
| 92. Voya Ser FD Floating Rate Fund | A | Dividend | | | Sold | 01/10/19 | K | | |
| 93. Pimco Dynamic Bond Fund | A | Dividend | | | Sold | 01/10/19 | J | | |
| 94. Vanguard Int'l Equity Index Fund | A | Dividend | | | Sold | 01/10/19 | J | | |
| 95. Blackrock High Yield Bond Fund | A | Dividend | | | Sold | 01/10/19 | K | | |
| 96. Hancock John FDS II Strategic Opportunities Fund | A | Dividend | | | Sold | 01/10/19 | K | | |
| 97. MFS Ser Tr III Municipal High Income Fund | A | Dividend | | | Sold | 01/10/19 | K | | |
| 98. American Beacon GLG Total Return Fund | A | Dividend | | | Sold | 01/10/19 | K | | |
| 99. Pimco Mortgage Opportunities Fund | A | Dividend | | | Sold | 01/10/19 | K | | |
| 100. SPDR S&P Dividend ETF | A | Dividend | | | Sold | 01/11/19 | K | | |
| 101. Vanguard Dividend Appreciation ETF | A | Dividend | | | Sold | 01/11/19 | K | | |
| 102. Pimco Short Term Fund | A | Dividend | | | Sold | 01/10/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McCormick, Douglas F.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  Santa Ana Country Club | | None | K | W | | | | | |
| 104.  Hall Wines of Napa LP | B | Interest | K | W | | | | | |
| 105. | | | | | | | | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |
| 108. | | | | | | | | | |
| 109. | | | | | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. | | | | | | | | | |
| 115. | | | | | | | | | |
| 116. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McCormick, Douglas F.** | 05/15/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 3,       Trust #1, covers Lines 4 through 102.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Douglas F. McCormick**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544